**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 185**

In the Matter of          Case Number:

Tiffany Robinson, plaintiff
      v.
H&R Block, Inc., and HSBC Bank USA, N.A., defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Tiffany Robinson

**JUDGE GUZMAN**
**MAGISTRATE JUDGE ASHMAN**

| | |
|---|---|
| NAME (Type or print) <br> Keith J. Keogh | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Keith J. Keogh | |
| FIRM <br> Law Offices of Keith J. Keogh, Ltd. | |
| STREET ADDRESS <br> 227 W. Monroe Street, Suite 2000 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6257811 | TELEPHONE NUMBER <br> 312.726.1092 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ✓    NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ✓    NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ✓    NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ✓    NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

**FILED**
**JANUARY 9, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT