828
120 S. Central
SB 2-8

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

08 C 185

**SUMMONS IN A CIVIL CASE**

Tiffany Robinson, plaintiff

V.

H&R Block, Inc., & HSBC Bank USA, N.A.,
defendants

CASE NUMBER:

ASSIGNED JUDGE:    JUDGE GUZMAN

DESIGNATED
MAGISTRATE JUDGE:    MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

H & R Block, Inc., c/o CT Corporation system, 120 South Central Avenue, Clayton, Mo. 63105

23 C/SSK B

St. Louis County Sheriff's Office  2008 JAN 16 AM 10:45  Received

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe Street, Suite 2000
Chicago, Illinois  60606

JAN 16 2008

an answer to the complaint which is herewith served upon you, within  **20**  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

/s/ Yvette M...
-------
(By) DEPUTY CLERK

**January 9, 2008**
-------
Date



# OFFICER'S AFFIDAVIT OF SERVICE

**Court Case Number:** 08C185                    **Sheriff's Case Number:** _____

I hereby certify that:

1) I am authorized to serve process in civil actions within the state or territory where the within was served.

2) My official title is Deputy Sheriff of St. Louis County, Missouri

3) I have served the within by:

   [ ] delivering a copy of the within to the named Defendant.

   [ ] leaving a copy of the within at the dwelling place or usual abode of the named Defendant with a person of the Defendant's family over the age of 15 years.

   [X] (for service on a corporation) delivering a copy of the within to __Bonnie Love__ (name), __CT Corp__ __Registered Agent__ (title)

SERVED IN ST. LOUIS COUNTY, MISSOURI ON THE __22__ DAY OF __Jan__, 20__08__.

   [ ] Non Est. After making due and diligent search the within named defendant cannot be found in St. Louis County.

JIM BUCKLES, SHERIFF
ST. LOUIS COUNTY, MISSOURI

By: _____
          Deputy Sheriff

**SERVICE FEES:**
Summons   $_____
Notary    $_____
Mileage   $_____
TOTAL     $_____

SUBSCRIBED AND SWORN TO before me this __23rd__ day of __January__, 200__8__.

I am: (check one)
   [X] the clerk of the court of which affiant is an officer.
   [ ] the judge of the court of which affiant is an officer.
   [ ] authorized to administer oaths in the state in which the affiant served the above summons.

E. KAREN KORIATH
My Commission Expires
December 30, 2009
St. Louis City
Commission #05359789

_____
Signature

_____
Title

Form No. SO-1010-2003