IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIFFANY ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 185 |
| vs. ) | |
| ) | Judge Ronald A. Guzman |
| H&R BLOCK, INC. & HSBC BANK ) | |
| USA, N.A. et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF MOTION

To:  Keith J. Keogh
     Law Offices of Keith J. Keogh, Ltd.
     227 West Monroe Street
     Suite 2000
     Chicago, Illinois 60606

   PLEASE TAKE NOTICE that on February 12, 2008 at 9:30 a.m., we shall appear before the Honorable Ronald A. Guzman, in the courtroom usually occupied by him, Room 1278 of the Dirksen Federal Building, Chicago, Illinois, and then and there present the following Motion for Extension of Time to Answer or Otherwise Plead, a copy of which is attached hereto and hereby served upon you.

Dated:  February 4, 2008

Respectfully submitted,

HSBC Bank USA, N.A.

BY: /s/ Kevin M. Fee, Jr.
    One of their Attorneys

SIDLEY AUSTIN LLP

John K. Van De Weert
1501 K Street, N.W.
Washington, D.C. 20005

Kevin M. Fee, Jr.
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

CH1 3930427v.1