**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TIFFANY ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 185 |
| ) | |
| H &R BLOCK, INC. and ) | |
| HSBC BANK USA, N.A., ) | |
| ) | |
| Defendant. ) | |

### JURY DEMAND

The undersigned, an attorney, hereby demands trial by jury on behalf of defendant, H & R BLOCK, INC.

By:     /s/ Keli M. Videtto
(One of the Attorneys for Defendant)
**H&R BLOCK, INC.**

Martin B. Carroll (#6200977)
Keli M. Videtto (#6276868)
**FOX HEFTER SWIBEL LEVIN & CARROLL, LLP**
200 W. Madison Street, Suite 3000
Chicago, Illinois 60606-3414
PH: 312.224.1200
FX: 312.224.1202