UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIFFANY ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>H&R BLOCK, INC. and<br>HSBC BANK USA, NA<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 08 C 185<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT H&R BLOCK, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

At this time, solely to comply with Fed. R. Civ. P. 7.1 and Local Rule 3.2, and without waiving any available defenses, Defendant H&R Block, Inc. hereby discloses that H&R Block, Inc. is a publicly-traded company. H&R Block, Inc. has no parent corporation. T. Rowe Price Associates, a subsidiary of T. Rowe Price Group, owns more than 10% of H&R Block, Inc.'s stock. No other publicly-held corporation owns more than 5% of H&R Block, Inc.'s stock.

Respectfully submitted,

**H&R BLOCK, INC.**

By:___/s/Keli M. Videtto_____
     One of Its Attorneys

Martin B. Carroll (#6200977)
Keli M. Videtto  (#6276868)
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
321 North Clark Street, Suite 3300
Chicago, IL  60610
(312)  224-1200
Dated: February 11, 2008

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing Corporate Disclosure Statement was filed and served electronically to electronically with the Clerk of the Court of Illinois, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and the same being accomplished pursuant to CM/ECF this 11th day of February, 2008, on:

>Keith J. Keogh
>Alexander H. Burke
>Law Offices of Keith J. Keogh, Ltd.
>227 W. Monroe St., Suite 2000
>Chicago, Illinois 60606
>Telephone: 312-726-1092
>Fax: 312-726-1093
>Attorneys for Plaintiff

/s/Keli M. Videtto

Martin B. Carroll (#6200977)
Keli M. Videtto (#6276868)
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
321 North Clark Street, Suite 3300
Chicago, IL 60610
(312) 224-1200

Dated: February 11, 2008