**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TIFFANY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 08 C 185 |
| | ) | |
| v. | ) | JUDGE GUZMAN |
| | ) | |
| H&R BLOCK, INC. and | ) | MAGISTRATE JUDGE ASHMAN |
| HSBC BANK USA, NA, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:** COUNSEL-OF-RECORD
VIA COURT "E-FILING"

**PLEASE TAKE NOTICE** that on **February 21, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Judge Guzman, Room 1219**, or any judge sitting in his stead at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant H&R Block's Motion to Dismiss,** a true and correct copy of which was previously filed and served upon you.

By: _____
(One of the Attorneys for Defendant)
**H & R BLOCK, INC.**

Martin B. Carroll (#6200977)
Keli M. Videtto (#6276868)
**FOX HEFTER SWIBEL LEVIN & CARROLL, LLP**
200 W. Madison Street, Suite 3000
Chicago, Illinois 60606-3414
PH: 312.224.1200
FX: 312.224.1202

**CERTIFICATE OF SERVICE**

Under penalties of perjury as provided by law, the undersigned attorney certifies that a true and correct copy of this Notice was served upon counsel of record via the Court's website on this 12th day of February, 2008.

By: _____
(One of the Attorneys for Defendant)
**H & R BLOCK, INC.**