**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TIFFANY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 08 C 185 |
| | ) | |
| v. | ) | JUDGE GUZMAN |
| | ) | |
| H&R BLOCK, INC. and | ) | MAGISTRATE JUDGE ASHMAN |
| HSBC BANK USA, NA, | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED CERTIFICATE OF SERVICE**

The undersigned, an attorney hereby certifies that she caused, to be served and filed the attached Amended Notice of Motion to Dismiss, electronically with the clerk of the Court of Illinois, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and the same being accomplished pursuant to CM/ECF this 12th day of February, 2008, on:

All Counsel of Record:

Kevin M. Fee                        Keith James Keogh
Sidley Austin, LLP.                 Law Office of Keith James Keogh Ltd
One S. Dearborn                     227 W. Monroe Ste. 2000
Chicago, IL 60603                   Chicago, IL 60606

By:    */s/ Keli M. Videtto*
       (One of the Attorneys for
       Defendant)
       **H & R BLOCK, INC.**

Martin B. Carroll (#6200977)
Keli M. Videtto (#6276868)
**FOX HEFTER SWIBEL LEVIN & CARROLL, LLP**
200 W. Madison Street, Suite 3000
Chicago, Illinois  60606-3414
PH:   312.224.1200
FX:   312.224.1202