IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIFFANY ROBINSON,               ) | |
| ) | |
| Plaintiff,               ) | |
| ) | 08 C 185 |
| v.               ) | JUDGE GUZMAN |
| ) | MAG. JUDGE ASHMAN |
| H&R BLOCK, INC. and               ) | |
| HSBC BANK USA, N,A.,               ) | |
| ) | |
| Defendants. | |

### CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT HSBC BANK USA, N.A.

Defendant HSBC Bank USA, N.A., submits this disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2.  HSBC Bank USA, N.A., states that its direct and indirect parent corporations are HSBC USA Inc., HSBC North America Inc., HSBC Investments (North America) Inc., HSBC North America Holdings Inc., HSBC Overseas Holdings (UK) Limited, and HSBC Holdings plc.  No other entity owns five percent or more of its stock.

Dated:  February 18, 2008                HSBC BANK USA, N.A.


                                         By:   /s/ Jessica S. Robinson
                                               One of their attorneys

John K. Van De Weert, Jr.
Kevin M. Fee
Jessica S. Robinson
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000

## **CERTIFICATE OF SERVICE**

I, Jessica S. Robinson, an attorney, hereby certify that on February 18, 2008, I caused the foregoing Corporate Disclosure Statement for HSBC Bank USA, N.A., to be served upon all counsel of record via ECF Notice of Filing.

    /s/ Jessica S. Robinson

CH1 4157488v.1