IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Tiffany Robinson, | ) | |
| | ) | 08 C 185 |
| Plaintiff, | ) | |
| | ) | Hon. Ronald A. Guzman |
| v. | ) | |
| | ) | |
| H&R Block, Inc. | ) | |
| and HSBC Bank USA, N.A., | ) | Jury Demanded |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION TO FILE AMENDED COMPLAINT**

Plaintiff respectfully requests that this Court grant her an extension of time to file her amend complaint until H&R Block Inc. substantiates the proper H&R Block entity.

In support of this motion, plaintiff states:

**Procedural History**

1. Plaintiff Tiffany Robinson brings this action to secure redress for the actions of defendants H&R Block, Enterprises Inc. ("H&R Block") and HSBC Bank USA, N.A. ("HSBC"), for violation of the Fair Credit Reporting Act, the Truth in Lending Act, the Equal Opportunity Credit Act, the Illinois Consumer Fraud Act and common law invasion of privacy. Plaintiff has alleged that defendants used her tax information to pull her credit report and extend credit.

2. H&R Block Inc. filed a motion to dismiss arguing that it is the incorrect H&R Block entity and that there is no personal jurisdiction over it as it has no connections to Illinois.

3. Plaintiff asked for informal discovery from H&R Block as her research

showed that the City of Chicago has at least ten: "H&R Block Inc." entities presently registered to do business in Chicago, all of H&R Block entities' letterhead, advertising and signage simply state H&R Block and refer customers to the H&R Block website. The website is an interactive web site where Illinois consumers can transact business with H&R Block including filing taxes. In addition, H&R Block, Inc. was registered as a foreign corporation with the Illinois Secretary of State from 1963 to at least 1994.

4. The parties agreed to substitute the "correct" H&R Block entities.

5. The Court granted plaintiff until April 8, 2008 to file the amended complaint.

6. Plaintiff produced all of her documentation to H&R Block Inc., which included employee information of H&R Block that dealt with plaintiff in order for it to research which entity dealt with her.

7. On April 2, 2008, H&R Block, Inc. identified H&R Block Enterprises, Inc. as the proper entity.

8. Plaintiff was prepared to file her amended complaint that would only substitute H&R Block Enterprises, Inc. on April 7, 2008. Yet when plaintiff attempted to find its registered agent, it became apparent that H&R Block Enterprises, Inc. is not registered with the Illinois Secretary of State or the City of Chicago as the business operating the locations that plaintiff visited.

9. Plaintiff requested via e-mail late on April 7, 2008 an explanation of why H&R Block Enterprises, Inc. is the correct party when it is not registered with the Illinois Secretary of State or the City of Chicago as the business operating the locations that plaintiff visited.

10. Plaintiff telephoned H&R Block to follow up on the e-mail and left a voice-message requesting a call back to discuss the situation on April 8, 2008.

11. As of the date and time of filing this motion on April 8, 2008, plaintiff has not been provided an explanation.

12. Plaintiff needs an explanation prior to amending the complaint in order to guarantee she has named the proper defendant and avoid a situation where some other H&R Block entity needs to be named later.

WHEREFORE, Plaintiff respectfully requests that this Court grant her an extension of time to file her amend complaint until H&R Block Inc. substantiates the proper H&R Block entity.

Respectfully submitted,

/s/ Keith J. Keogh

Keith J. Keogh
Alexander H. Burke
Law Offices of Keith J. Keogh, LTD.
227 W. Monroe St., Suite 2000
Chicago, Illinois 60606
312.726.1092 (office)
312.726.1093 (fax)