**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Tiffany Robinson, et al.
                         Plaintiff,

v.                                           Case No.: 1:08−cv−00185
                                                  Honorable Ronald A. Guzman

HSBC Bank USA, N.A., et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 21, 2008:

     MINUTE entry before Judge Honorable Ronald A. Guzman:Status hearing held on 4/21/2008. Motion by Plaintiff Tiffany Robinson for extension of time to amend the complaint [32] is granted. Answer to be filed on or before 5/12/08. Initial disclosures by 5/30/08. Status hearing set for 5/14/2008 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.