UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIFFANY ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 185 |
| ) | |
| H&R BLOCK ENTERPRISES, INC. and ) | Honorable Judge Guzman |
| HSBC BANK USA, NA, ) | Honorable Magistrate Judge Ashman |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To: All Counsel of Record
(See Attached Certificate of Service)

**PLEASE TAKE NOTICE** that on Wednesday, May 14, 2008, at 9:30 a.m., or as soon thereafter as this Motion may be heard, counsel shall appear before the Honorable Judge Guzman or any judge sitting in his stead in Courtroom 1219 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall there and then present H&R Block's Motion to Dismiss, a copy of which has been served upon you.

Respectfully submitted,

H&R BLOCK ENTERPRISES, INC.

By: /s/ Stacey R. Gilman
Stacey R. Gilman
Nick J. Kurt
**BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP**
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone:   (816) 561-7007
Facsimile:    (816) 561-1888

\* Ms. Gilman and Mr. Kurt have been admitted *pro hac vice*

And

By: /s/ Keli M. Videtto
Martin B. Carroll
Keli M. Videtto

1

**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 W. Madison Suite 3000
Chicago, IL 60606
(312) 224-1200

Case 1:08-cv-00185   Document 39   Filed 05/12/2008   Page 2 of 3

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that a copy of the foregoing Notice of Motion was filed and served electronically with the Clerk of the Court of Illinois, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and the same being accomplished pursuant to CM/ECF this 12th day of May, 2008, on:

  Keith J. Keogh
  Alexander H. Burke
  Law Offices of Keith J. Keogh, Ltd.
  227 W. Monroe St., Suite 2000
  Chicago, Illinois 60606
  Telephone:  312-726-1092
  Fax:  312-726-1093
  Attorneys for Plaintiff

  Jessica S. Robinson
  Kevin M. Fee, Jr
  Sidley Austin LLP
  One South Dearborn Street
  Chicago, IL 60603

  John Kenneth Van De Weert
  Sidley Austin LLP
  1501 K Street, N.W.
  Washington, DC 20005


            /s/Keli M. Videtto