UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIFFANY ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 08 C 185 |
| ) | |
| H&R BLOCK ENTERPRISES, INC. and ) | Honorable Judge Guzman |
| HSBC BANK USA, NA, ) | Honorable Magistrate Judge Ashman |
| ) | |
| Defendants. ) | |

**DEFENDANT H&R BLOCK ENTERPRISES, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Defendant H&R Block Enterprises, Inc. ("Block Enterprises") hereby discloses as follows: Block Enterprises is not a publicly-traded company. Block Enterprises is a wholly-owned indirect subsidiary of H&R Block, Inc., which is a publicly traded company. H&R Block, Inc., a publicly held company, indirectly owns 100 percent of the stock of Block Enterprises.

Respectfully submitted,

**H&R BLOCK ENTERPRISES, INC.**

By: /s/ Stacey R. Gilman
Stacey R. Gilman
Nick J. Kurt
**BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP**
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888

\* Ms. Gilman and Mr. Kurt have been admitted *pro hac vice*

And

By: /s/ Keli M. Videtto

1

Martin B. Carroll
Keli M. Videtto
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 W. Madison Suite 3000
Chicago, IL 60606
(312) 224-1200

2

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a copy of the foregoing Corporate Disclosure Statement was filed and served electronically with the Clerk of the Court of Illinois, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and the same being accomplished pursuant to CM/ECF this 12th day of May, 2008, on:

Keith J. Keogh
Alexander H. Burke
Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe St., Suite 2000
Chicago, Illinois 60606
Telephone: 312-726-1092
Fax: 312-726-1093
Attorneys for Plaintiff

Jessica S. Robinson
Kevin M. Fee, Jr
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

John Kenneth Van De Weert
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005

/s/Keli M. Videtto