**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Tiffany Robinson, et al.
                                        Plaintiff,

v.
                                                     Case No.: 1:08−cv−00185
                                                     Honorable Ronald A. Guzman

HSBC Bank USA, N.A., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:Status hearing held on 5/14/2008. Discovery schedule: Amended pleadings and joinder of parties due by 6/16/2008. Fact discovery ordered closed by 9/11/2008. Status hearing set for 9/12/2008 at 09:30 AM. Plaintiff's expert disclosures by 9/30/08. Defendants' expert disclosures by 10/15/08. Dispositive motions due by 11/3/2008. Set deadlines as to motion to dismiss[37] : Responses due by 6/4/2008. Replies due by 6/18/2008. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.