UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIFFANY ROBINSON,<br><br>      Plaintiff,<br><br>v.<br><br>H&R BLOCK ENTERPRISES, INC. and<br>HSBC BANK USA, NA,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 08 C 185<br>)<br>)  Honorable Judge Guzman<br>)  Honorable Magistrate Judge Ashman<br>)<br>) |

## NOTICE OF FILING

To:   All Counsel of Record
       (See Attached Certificate of Service)

**PLEASE TAKE NOTICE** that on the 16th day of June, 2008, the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant H&R Block Enterprises, Inc.'s Opposition to Plaintiff's Motion for Leave to Amend Complaint, a copy of which has been served upon you.

Respectfully submitted,

H&R BLOCK ENTERPRISES, INC.

By:  /s/ Stacey R. Gilman
      Stacey R. Gilman
      Nick J. Kurt
      **BERKOWITZ OLIVER WILLIAMS**
      **SHAW & EISENBRANDT LLP**
      2600 Grand Boulevard, Suite 1200
      Kansas City, Missouri 64108
      Telephone:   (816) 561-7007
      Facsimile:    (816) 561-1888

   \* Ms. Gilman and Mr. Kurt have been
      admitted *pro hac vice*

And

By:  s/ Travis B. Wolfinger
      Martin B. Carroll
      Keli M. Videtto
      Travis B. Wolfinger

**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 W. Madison Suite 3000
Chicago, IL 60606
(312) 224-1200

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing Notice of Filing was filed and served electronically with the Clerk of the Court of Illinois, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and the same being accomplished pursuant to CM/ECF this 16th day of June, 2008, on:

>   Keith J. Keogh
>   Alexander H. Burke
>   Law Offices of Keith J. Keogh, Ltd.
>   227 W. Monroe St., Suite 2000
>   Chicago, Illinois 60606
>   Telephone: 312-726-1092
>   Fax: 312-726-1093
>   Attorneys for Plaintiff
>
>   Jessica S. Robinson
>   Kevin M. Fee, Jr
>   Sidley Austin LLP
>   One South Dearborn Street
>   Chicago, IL 60603
>
>   John Kenneth Van De Weert
>   Sidley Austin LLP
>   1501 K Street, N.W.
>   Washington, DC 20005

/s/Travis B. Wolfinger