UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Tiffany Robinson, et al.
                                   Plaintiff,

v.
                                                                       Case No.: 1:08−cv−00185
                                                                     Honorable Ronald A. Guzman

HSBC Bank USA, N.A., et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 6/17/2008. Motion by Plaintiff for leave to file Second Amended Complaint [44] is granted as stated in open court. Plaintiff to notice up a motion for leave to file with copy of proposed amended complaint attached on or before 7/11/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.