UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIFFANY ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 185 |
| ) | |
| H&R BLOCK ENTERPRISES, INC. and ) | Honorable Judge Guzman |
| HSBC BANK USA, NA, ) | Honorable Magistrate Judge Ashman |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

To:   All Counsel of Record
      (See Attached Certificate of Service)

**PLEASE TAKE NOTICE** that on the 18th day of June, 2008, the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant H&R Block Enterprises, Inc.'s Reply Memorandum in Support of its Motion to Dismiss, a copy of which has been served upon you.

Respectfully submitted,

H&R BLOCK ENTERPRISES, INC.

By:   /s/ Stacey R. Gilman
      Stacey R. Gilman
      Nick J. Kurt
      **BERKOWITZ OLIVER WILLIAMS
      SHAW & EISENBRANDT LLP**
      2600 Grand Boulevard, Suite 1200
      Kansas City, Missouri 64108
      Telephone:    (816) 561-7007
      Facsimile:    (816) 561-1888

      * Ms. Gilman and Mr. Kurt have been
        admitted *pro hac vice*

                And

By:   s/ Travis B. Wolfinger
      Martin B. Carroll
      Travis B. Wolfinger
      Keli M. Videtto

1

**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 W. Madison Suite 3000
Chicago, IL 60606
(312) 224-1200

2

## CERTIFICATE OF SERVICE

     The undersigned, an attorney, hereby certifies that a copy of the foregoing Notice of Filing was filed and served electronically with the Clerk of the Court of Illinois, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and the same being accomplished pursuant to CM/ECF this 18th day of June, 2008, on:

    Keith J. Keogh
    Alexander H. Burke
    Law Offices of Keith J. Keogh, Ltd.
    227 W. Monroe St., Suite 2000
    Chicago, Illinois 60606
    Telephone: 312-726-1092
    Fax: 312-726-1093
    Attorneys for Plaintiff

    Jessica S. Robinson
    Kevin M. Fee, Jr
    Sidley Austin LLP
    One South Dearborn Street
    Chicago, IL 60603

    John Kenneth Van De Weert
    Sidley Austin LLP
    1501 K Street, N.W.
    Washington, DC 20005

                                            /s/Travis B. Wolfinger