



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:                   Jessica S. Nolan

FIRM:                     Sidley Austin LLP

STREET ADDRESS:    One South Dearborn

CITY/STATE/ZIP:      Chicago, IL 60603

PHONE NUMBER:     312-853-7000

E-MAIL ADDRESS:    jnolan@sidley.com

**F I L E D**

JUL - 9 2008
JUL 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6287206

If you have previously filed an appearance with
this Court using a different name, enter that name:   Jessica S. Robinson

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08-185 | Robinson v. H&R Block | Guzman |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

_Jessica S. Nolan_ \
Attorney's Signature

7/9/08 \
Date