UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIFFANY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 185 |
| | ) | |
| H&R BLOCK ENTERPRISES, INC. and | ) | Honorable Judge Guzman |
| HSBC BANK USA, NA, | ) | Honorable Magistrate Judge Ashman |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

To:   All Counsel of Record  (See Attached Certificate of Service)

**PLEASE TAKE NOTICE** that on the 28th day of July, 2008, the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant H&R Block Enterprises, Inc.'s Answer and Additional Defenses To Plaintiff's Second Amended Complaint, a copy of which has been served upon you.

Respectfully submitted,

H&R BLOCK ENTERPRISES, INC.

By:   /s/ Stacey R. Gilman
       Stacey R. Gilman
       Nick J. Kurt
       **BERKOWITZ OLIVER WILLIAMS
       SHAW & EISENBRANDT LLP**
       2600 Grand Boulevard, Suite 1200
       Kansas City, Missouri 64108
       Telephone:    (816) 561-7007
              And

By:   s/ Keli M. Videtto
       Martin B. Carroll
       Keli M. Videtto
       **FOX, HEFTER, SWIBEL, LEVIN &
       CARROLL, LLP**
       200 W. Madison Suite 3000
       Chicago, IL 60606
       (312) 224-1200

1

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that a copy of the foregoing Notice of Filing was filed and served electronically with the Clerk of the Court of Illinois, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and the same being accomplished pursuant to CM/ECF this 28th day of July, 2008, on:

Keith J. Keogh
Alexander H. Burke
Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe St., Suite 2000
Chicago, Illinois 60606
Telephone: 312-726-1092
Fax: 312-726-1093
Attorneys for Plaintiff

Jessica S. Robinson
Kevin M. Fee, Jr
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

John Kenneth Van De Weert
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005

                                                                                  /s/Keli M. Videtto