UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TIFFANY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 185 |
| | ) | |
| H&R BLOCK ENTERPRISES, INC. and | ) | Hon. Judge Guzman |
| HSBC BANK USA, NA, | ) | Hon. Magistrate Judge |
| Ashman | | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**NOTICE OF MOTION**

    TO:    COUNSEL OF RECORD

    PLEASE TAKE NOTICE that on Tuesday, August 26, 2008, at 9:30 a.m., we shall appear before the Honorable Judge Ronald A. Guzman in Room 1219 of the United States District Court, Northern District of Illinois, at 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present an **Unopposed Motion for Entry of Agreed Order Regarding Confidentiality and Return of Documents**, a copy of which is hereby served upon you.

                                   Respectfully submitted,

Dated: August 21, 2008      By:   /s/ Kevin M. Fee

Stacey R. Gilman
BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108

Martin B. Carroll
Keli M. Videtto
FOX, HEFTER, SWIBEL,
LEVIN & CARROLL, LLP
200 W. Madison Suite 3000
Chicago, IL 60606

Kevin M. Fee, Jr.
SIDLEY AUSTIN LLP

One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000


Attorneys for Defendants