### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Tiffany Robinson, | ) | |
| | ) | 08 C 185 |
| Plaintiff, | ) | |
| | ) | Hon. Ronald A. Guzman |
| v. | ) | |
| | ) | |
| H&R Block, Inc. | ) | |
| and HSBC Bank USA, N.A., | ) | Jury Demanded |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:    ECF Service List

   **PLEASE TAKE NOTICE** that on **August 28, 2008**, at 9:30 a.m., I shall appear before the Honorable Ronald A. Guzman in Room 1219 of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **MOTION TO COMPEL DISCOVERY AGAINST H&R BLOCK**, a copy of which has been filed with the Court's ECF System, and will be delivered to chambers in accordance with the Local Rule 5.2.

/s/Keith J. Keogh

Keith J. Keogh
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092/ 312.726.1093 (fax)

### CERTIFICATE OF SERVICE

   I hereby certify that on August 26, 2008, I caused a true and correct copy of the foregoing to be served upon the individuals listed above via ECF electronic delivery.

/s/Keith J. Keogh